**FILED**

BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

APR  7 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
TO SEARCH THE PREMISES LOCATED AT
419 POELSTRA COURT, RIPON,
CALIFORNIA 95366

CASE NO. 2:16 - SW - 0 1 9 2   CKD

[PROPOSED] ORDER RE: REQUEST TO SEAL
DOCUMENTS

**UNDER SEAL**

**SEALED**

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to

any person, unless otherwise ordered by this Court.

Dated: 4/7/2016

HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE

SEALING ORDER

1